UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

**07-61119**

MICHAEL A. JENNETTE,

    Plaintiff,

v.

CIV-COHN

MAGISTRATE JUDGE
SNOW

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

FILED by _____ D.C.
INTAKE

AUG - 9 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## COMPLAINT
## JURY DEMAND

### INTRODUCTION

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k of the Fair Debt Collection Practices Act. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

### PARTIES

3. Plaintiff, MICHAEL A. JENNETTE, is an individual who resides in Broward County, Florida.

4. Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC., is a corporation with its principal place of business at Suite 209, 2020 North East 163 Street, North Miami Beach, Florida 33162.

5. The Defendant regularly uses the United States Mail and or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

6. Defendant sought to collect a debt from Plaintiff arising from the medical care of Plaintiff's child.

7. On or about July 19, 2006, Defendant sent Plaintiff a letter attempting to collect the alleged debt. See Exhibit "A".

8. On July 27, 2006, Plaintiff disputed the validity of the alleged debt and requested documentation thereof in writing transmitted to Defendant via facsimile. Plaintiff believes that although other parties may be responsible for the debt, he is not.

9. Defendant did not provide the requested documentation of the validity of the debt and continued its efforts to collect the debt.

10. On or about January 24, 2007, Defendant left the following recorded message for Plaintiff:

> This message is for Jennette, if she *(sic)* could please call me at this number. My number is 305-35. I'm sorry. This message is for Donald. I am calling in regards to Jennette Michael. Checking status on Miami Children's Hospital bill. 305-354-7557, extension 112. You can refer to her account number 1732232. You can reach me in my office from 8:30 AM to 5 PM. My name is Ms. Gomez. Thank you.

11. On numerous other occasions within one year of the filing of this complaint Defendant left other telephone messages with substantially the same content.

12. The telephone messages are "communications" as defined by 15 U.S.C. §1692a(2).

## COUNT I
## CONTINUING COLLECTION EFFORTS WITHOUT PROVIDING DOCUMENTATION OF THE VALIDITY OF THE DEBT

13. Plaintiff incorporates Paragraphs 1 through 12.

14. After receiving Plaintiff's timely written dispute of the validity of the debt, Defendant continued collection efforts without providing documentation of the validity of the debt in violation of 15 U.S.C §1692g.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

 a. Damages;

 b. Attorney's fees, litigation expenses and costs of suit; and

 c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 12.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _8_ day of August, 2007.

                              DONALD A. YARBROUGH, ESQ.
                              Attorney for Plaintiff
                              Post Office Box 11842
                              Ft. Lauderdale, FL 33339
                              Telephone: 954-537-2000
                              Facsimile: 954-566-2235

                      By:_____
                              Donald A. Yarbrough, Esq.
                              Florida Bar No. 0158658

# EXHIBIT "A"

MAKE CHECKS PAYABLE TO:

A.R.M. INC
2020 NE 163RD STREET
SUITE #209
NORTH MIAMI BEACH, FL 33162-4927

16988-Q744

IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CK CARD USING FOR PAYMENT

☐ MASTERCARD ☐ VISA ☐ AMERICAN EXPRESS

CARD NUMBER | SIGNATURE CODE

SIGNATURE | EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/19/06 | $1622.88 | 1732232-1 |

PAGE: 1 of 1

SHOW AMOUNT PAID HERE  $

400116A

0101

━━━━ ADDRESSEE: ━━━━

MICHAEL JENNETTE
2820 NE 23RD PL
POMPANO BCH, FL 33062-1136

━━━━ REMIT TO: ━━━━

ACCOUNTS RECEIVABLE MANAGEMENT INC
2020 NE 163RD STREET
SUITE #209
NORTH MIAMI BEACH, FL 33162-4927

1010    16988-Q744*1UQ0NPMEM003924

☐ Please check box if your address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AT PERF AND RETURN TOP PORTION WITH YOUR PAYMENT

Re: JENNETTE NICHOLAS
Client Name: Miami Children's Hospital
Reference Number: 03245092-001
Date of Service: 05/12/2004

Account Number: 1732232-1

Amount: 1622.88

Total: 1622.88

Dear MICHAEL JENNETTE

Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collections agency.

You are directed to address all future correspondence and payments concerning this account to this address:

Accounts Receivable Management, Inc.
2020 NE 163rd Street
Suite #209
North Miami Beach, FL 33162

Sincerely,

Ms Gomez
888-548-8829

This is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office within 30 days after receiving this notice, this office will provide you with name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
"This communication is from a collection agency"

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**
Michael A. Jennette

07-61119

**DEFENDANTS**
Accounts Receivable Management, Inc.

FILED by __ D.C.
AUG - 9 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

CIV-COHN
MAGISTRATE JUDGE
SNOW

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)
0:07CV 61119-JIC-LSS

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)
☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **A CIVIL RIGHTS** **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | ☐ 441 Voting ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 442 Employment ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 443 Housing/Accommodations ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights ☐ 550 Civil Rights *A or B | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding ☐ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Refiled ☐ 5. Transferred from another district (specify) ☐ 6. Multidistrict Litigation ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A ☐ , UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A   ☐ Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE   DOCKET NUMBER

DATE: August __, 2007   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 540678   Amount: 350
Date Paid: _____   M/ifp: _____